# EXHIBIT D

# Don't Blame the Cop



# Blame NYPD Management

### For the pressure to write summonses and the pressure to convict motorists

Because of ticket quotas, New York City police officers are being subjected to undue **pressure to write** summonses to as many motorists as possible. And for some reason, once the case gets to traffic court, they are being subjected to undue **pressure to convict** as many motorists as possible. In the first instance, the pressure comes in the form of lousy assignments, denial of transfer requests, unwanted transfers and other penalties. And in traffic court, where Internal Affairs supervisors are assigned for the sole purpose of punishing officers, the pressure comes from the risk of losing three vacation days — worth more than $900 — if the motorist is found not guilty. With all these pressures, the cop loses, the public loses and the traffic court justice system loses. The only winner may be the city's treasury, which collects either from the cop or the motorist.



**Patrolmen's Benevolent Association of the City of New York**

125 Broad Street, 11th Floor, New York, NY 10004 • 212-233-5531

**Patrick J. Lynch, President**