*Buchwald, D.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SIMEON VINCENT,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity,
NEW YORK CITY POLICE OFFICERS "JOHN
DOES 1-8," NEW YORK CITY POLICE
SERGEANT FITZROY VIGILANCE, NEW YORK
CITY POLICE OFFICER MATTHEW KAHAN, ,

                      Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 5390 (NRB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2013
```

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| SAMUEL COHEN<br>Stecklow, Cohen, & Thompson<br>*Attorneys for Plaintiff*<br>10 Spring Street, Suite 1<br>New York, New York 10012<br><br>By: *[signature]*<br>Samuel Cohen, Esq.<br>*Attorney for Plaintiff*<br><br><br>Dated: New York, New York<br>February 27, 2013 | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-212<br>New York, New York 10007<br><br>By: *[signature]*<br>Ryan G. Shaffer<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br>*[signature]*<br>HON. NAOMI R. BUCHWALD<br>UNITED STATES DISTRICT JUDGE |